In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12121

_____

SPIRIT AIRLINES, INC.,

                                                                    Petitioner,

*versus*

U.S. DEPARTMENT OF TRANSPORTATION,

                                                                    Respondent.

_____

Petition for Review of a Decision of the
Department of Transportation, NTSB
Agency No. DOT-OST-2022-0109 / RIN 2105-AF10

_____

ORDER:

2                    Order of the Court                    24-12121

Petitioner's motion to transfer its petition for review to the Fifth Circuit Court of Appeals is GRANTED. *See* 28 U.S.C. § 2112(a)(5).

/s/ Charles R. Wilson
UNITED STATES CIRCUIT JUDGE