# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 29, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 24-60373    Spirit Airlines v. TRAN
                        Agency No. 89 Fed. Reg. 34,620

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

Mr. Donald Lee Crowell III
Mr. Paul Maitland Geier
Mr. David Kirstein
Mr. Martin Vincent Totaro
Mr. Joanne W. Young