# United States Court of Appeals
# for the Fifth Circuit

No. 24-60373

Spirit Airlines, Incorporated,

*Petitioner,*

*versus*

United States Department of Transportation,

*Respondent.*

United States Court of Appeals
Fifth Circuit
**FILED**
July 29, 2024
Lyle W. Cayce
Clerk

_____

Petition for Review of an Order of the
National Transportation Safety Board
Agency No. 89 Fed. Reg. 34,620

_____

## UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that petitioner's opposed motion for stay pending review is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that petitioner's opposed motion for an immediate administrative stay of the U.S. Department of Transportation's order entered April 30, 2024, is CARRIED WITH THE CASE.

No. 24-60373

IT IS FURTHER ORDERED that the motion of Frontier Group Holdings, Incorporated, to intervene on behalf of the Petitioner is GRANTED.

This matter is *sua sponte* EXPEDITED to the next available merits panel, which will establish a briefing schedule.