**No. 24-60373**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————

Spirit Airlines, Incorporated,

Petitioner,

v.

United States Department of Transportation,

Respondent.

———————————

On Petition for Review from the Department of Transportation,
89 Fed. Reg. 34,620

———————————

### RESPONDENT'S CERTIFIED LIST

———————————

MICHAEL S. RAAB
*s/Martin Totaro*
MARTIN TOTARO
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7525*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-5048*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

SPIRIT AIRLINES, INC., *et al.*,

               Petitioners,

v.

DEPARTMENT OF TRANSPORTATION,

               Respondent.

No. 24-60373

## CERTIFIED INDEX TO THE RECORD

In accordance with Rule 17 of the Federal Rules of Appellate Procedure, the undersigned, Ryan Patanaphan, Attorney Advisor for the Department of Transportation's Office of the General Counsel, certifies the following to be a list of the documents comprising the administrative record in the matter under review in the above-captioned case.  These documents are maintained by the United States Department of Transportation, and are available to the public through Regulations.gov, which is accessible online at: https://www.regulations.gov by searching for Docket No. DOT-OST-2022-0109.

RYAN
PATANAPHAN

Digitally signed by RYAN
PATANAPHAN
Date: 2024.07.30 19:32:48 -04'00'

Ryan Patanaphan
Attorney Advisor
Office of the General Counsel
United States Department of Transportation

July 2024

**Index to the Administrative Record for Final Rule entitled "Enhancing Transparency of Airline Ancillary Service Fees," 89 Fed. Reg. 34620 (Apr. 30, 2024)**

**The materials listed below were considered in connection with the rulemaking process of "Enhancing Transparency of Airline Ancillary Service Fees," and are available on Regulations.gov at https://www.regulations.gov/docket/DOT-OST-2022-0109.**

| Document ID | Title |
|---|---|
| DOT-OST-2022-0109-0001 | Enhancing Transparency of Airline Ancillary Service Fees NPRM - 2105-AF10 (Prepublication) |
| DOT-OST-2022-0109-0002 | Enhancing Transparency of Airlines Ancillary Service Fees - Regulatory Impact Analysis (September 2022) |
| DOT-OST-2022-0109-0003 | Comment from Jennifer Witter |
| DOT-OST-2022-0109-0004 | Comment from L B |
| DOT-OST-2022-0109-0005 | Comment from Anonymous |
| DOT-OST-2022-0109-0006 | Comment from sebnem mcintyre |
| DOT-OST-2022-0109-0007 | Comment from NJ TRANSIT Mechanic |
| DOT-OST-2022-0109-0008 | Comment from Tamara Morton |
| DOT-OST-2022-0109-0009 | Comment from Anonymous |
| DOT-OST-2022-0109-0010 | Comment from Karen Bainbridge |
| DOT-OST-2022-0109-0011 | Comment from Anonymous |
| DOT-OST-2022-0109-0012 | Comment from Anne Babson |
| DOT-OST-2022-0109-0013 | Comment from Ahnawake Kriese |
| DOT-OST-2022-0109-0014 | Comment from Jory Sandusky |
| DOT-OST-2022-0109-0015 | Comment from Elizabeth Hilton |
| DOT-OST-2022-0109-0016 | Comment from David M |
| DOT-OST-2022-0109-0017 | Comment from Mary Davis |
| DOT-OST-2022-0109-0018 | Comment from Jonathan Harris |
| DOT-OST-2022-0109-0019 | Comment from Julie L |
| DOT-OST-2022-0109-0020 | Enhancing Transparency of Airline Ancillary Service Fees |
| DOT-OST-2022-0109-0021 | Number of Consumer Complaints Received by the U.S. Department of Transportation Office of Aviation Consumer Protection Regarding Ancillary Fees, 2019-2021 |
| DOT-OST-2022-0109-0022 | Redacted Sample of Change Cancellation Fees Complaints Received by the Department of Transportation's Office of Aviation Consumer Protection between 2019 and 2022. |

| DOT-OST-2022-0109-0023 | Redacted Sample of Consumer Complaints Related to Seat Assignment Fees for Families Traveling with Children 13 and Under Received by the Department of Transportation's Office of Aviation Consumer Protection between 2019 and 2022. |
|---|---|
| DOT-OST-2022-0109-0024 | Comment from Cait Wallace |
| DOT-OST-2022-0109-0025 | Comment from Brian Rasmussen |
| DOT-OST-2022-0109-0026 | Comment from Benjamin Recchie |
| DOT-OST-2022-0109-0027 | Comment from Mary Skomerza |
| DOT-OST-2022-0109-0028 | Comment from J B |
| DOT-OST-2022-0109-0029 | Comment from Amer Abouhamze |
| DOT-OST-2022-0109-0030 | Comment from Julianne W |
| DOT-OST-2022-0109-0031 | Comment from Anonymous |
| DOT-OST-2022-0109-0032 | Comment from Jeffrey Frank |
| DOT-OST-2022-0109-0033 | Comment from William Cross |
| DOT-OST-2022-0109-0034 | Comment from Anonymous |
| DOT-OST-2022-0109-0035 | Comment from Jane Bader |
| DOT-OST-2022-0109-0036 | Comment from MARC Lozier |
| DOT-OST-2022-0109-0037 | Comment from Anonymous |
| DOT-OST-2022-0109-0038 | Comment from Anonymous |
| DOT-OST-2022-0109-0039 | Comment from Allied Tour & Travel |
| DOT-OST-2022-0109-0040 | Comment from Santpartap Bual |
| DOT-OST-2022-0109-0041 | Comment from Myrna Figueroa Lopez |
| DOT-OST-2022-0109-0042 | Comment from Anonymous |
| DOT-OST-2022-0109-0043 | Comment from Bruce McKay |
| DOT-OST-2022-0109-0044 | Comment from Anonymous |
| DOT-OST-2022-0109-0045 | Comment from Santracy Cabrera |
| DOT-OST-2022-0109-0046 | Comment from Tom Terrific |
| DOT-OST-2022-0109-0047 | Comment from Q Yan |
| DOT-OST-2022-0109-0048 | Comment from The Travel Technology Association, American Society of Travel Advisors and Global Business Travel Association (Request for Extension) |
| DOT-OST-2022-0109-0049 | Comment from National Air Carrier Association (Request for Extension) |
| DOT-OST-2022-0109-0050 | Comment from Mount Airy Violins & Bows, LLC |
| DOT-OST-2022-0109-0051 | Comment from Dwight Stirling |
| DOT-OST-2022-0109-0052 | Airlines for America and International Air Transportation Association - Request for Extension of Comment Period |
| DOT-OST-2022-0109-0053 | Comment from Emily Loftis |

| DOT-OST-2022-0109-0054 | Comment from IdeaWorksCompany |
|---|---|
| DOT-OST-2022-0109-0055 | Comment from Sabre Corporation (Request to Extend Comment Period) |
| DOT-OST-2022-0109-0056 | Enhancing Transparency of Airlines Ancillary Service Fees - Initial Regulatory Flexibility Analysis (September 2022) |
| DOT-OST-2022-0109-0057 | Response to Questions Raised at December 8, 2022 Meeting of the Aviation Consumer Protection Advisory Committee |
| DOT-OST-2022-0109-0058 | Department Responses to Questions by Airlines for America and International Air Transport Association Regarding Enhancing Transparency of Airline Ancillary Service Fees NPRM |
| DOT-OST-2022-0109-0059 | Enhancing Transparency of Airline Ancillary Service Fees: Extension of Comment Period |
| DOT-OST-2022-0109-0060 | Comment from Aircraft Owners and Pilots Association |
| DOT-OST-2022-0109-0061 | Comment from Attorney General Mark Brnovich |
| DOT-OST-2022-0109-0062 | Comment from Computer & Communications Industry Association (CCIA) |
| DOT-OST-2022-0109-0063 | Comment from Multiple State Attorneys General |
| DOT-OST-2022-0109-0064 | Comment from New York City Department of Consumer and Worker Protection |
| DOT-OST-2022-0109-0065 | Comment from Kara Rollins |
| DOT-OST-2022-0109-0066 | Comment from Julia Shaddox |
| DOT-OST-2022-0109-0067 | Comment from Travel Technology Association |
| DOT-OST-2022-0109-0068 | Comment from The Travel Technology Association (Request for Extension) |
| DOT-OST-2022-0109-0069 | Comment from Airports Council International - North America |
| DOT-OST-2022-0109-0070 | Comment from Cathay Pacific Airways Limited |
| DOT-OST-2022-0109-0071 | Comment from Travelers United, Inc. (Request for Extension) |
| DOT-OST-2022-0109-0072 | Comment from Jennifer Mathers |
| DOT-OST-2022-0109-0073 | Comment from Travelers United, Inc. |
| DOT-OST-2022-0109-0074 | Comment from Scandinavian Airlines System Denmark-Norway-Sweden |
| DOT-OST-2022-0109-0075 | Comment from LATAM Airlines, LATAM Colombia, LATAM Peru, LATAM Ecuador, LATAM Brasil |
| DOT-OST-2022-0109-0076 | Comment from Airline Tariff Publishing Company |
| DOT-OST-2022-0109-0077 | Comment from Anonymous |
| DOT-OST-2022-0109-0078 | Comment from Sabre Corporation |
| DOT-OST-2022-0109-0079 | Comment from Hopper (USA), Inc. |
| DOT-OST-2022-0109-0080 | Comment from Travel Management Coalition |

| DOT-OST-2022-0109-0081 | Comment from Global Business Travel Association |
|---|---|
| DOT-OST-2022-0109-0082 | Comment from Allegiant Air |
| DOT-OST-2022-0109-0083 | Comment from American Society of Travel Advisors |
| DOT-OST-2022-0109-0084 | Comment from Frontier Airlines |
| DOT-OST-2022-0109-0085 | Comment from International Air Transport Association |
| DOT-OST-2022-0109-0086 | Comment from National Airlines Council of Canada |
| DOT-OST-2022-0109-0087 | Comment from National Air Carrier Association |
| DOT-OST-2022-0109-0088 | Comment from Google LLC |
| DOT-OST-2022-0109-0089 | Comment from United States Tour Operators Association |
| DOT-OST-2022-0109-0090 | Comment from Airlines for America |
| DOT-OST-2022-0109-0091 | Comment from Airlines for America (Petition for Hearing) |
| DOT-OST-2022-0109-0092 | Comment from Spirit Airlines, Inc. |
| DOT-OST-2022-0109-0093 | Comment from AARP |
| DOT-OST-2022-0109-0094 | Comment from Travelport, LP |
| DOT-OST-2022-0109-0095 | Comment from U.S. Chamber of Commerce |
| DOT-OST-2022-0109-0096 | Comment from AAA |
| DOT-OST-2022-0109-0097 | Comment from National Consumers League |
| DOT-OST-2022-0109-0098 | Comment from United Airlines, Inc. |
| DOT-OST-2022-0109-0099 | Comment from Daniel Eleff |
| DOT-OST-2022-0109-0100 | Comment from Air Canada |
| DOT-OST-2022-0109-0101 | Comment from Southwest Airlines Co. |
| DOT-OST-2022-0109-0102 | Comment from American Airlines, Inc. |
| DOT-OST-2022-0109-0103 | Comment from Booking Holdings Inc. |
| DOT-OST-2022-0109-0104 | Comment from Anonymous |
| DOT-OST-2022-0109-0105 | Comment from Shlomo Leiser |
| DOT-OST-2022-0109-0106 | Comment from Shneur Eichorn |
| DOT-OST-2022-0109-0107 | Comment from Anonymous |
| DOT-OST-2022-0109-0108 | Comment from Robyn Goldfarb |
| DOT-OST-2022-0109-0109 | Comment from Avi Grunwald |
| DOT-OST-2022-0109-0110 | Comment from Anonymous |
| DOT-OST-2022-0109-0111 | Comment from Aharon Mishulovin |
| DOT-OST-2022-0109-0112 | Comment from Baruch Schwartz |
| DOT-OST-2022-0109-0113 | Comment from Anonymous |
| DOT-OST-2022-0109-0114 | Comment from S Kunruch |
| DOT-OST-2022-0109-0115 | Comment from David Weiser |
| DOT-OST-2022-0109-0116 | Comment from tzvi blum |
| DOT-OST-2022-0109-0117 | Comment from ZJ Palace |
| DOT-OST-2022-0109-0118 | Comment from Samuel Joseph |

| DOT-OST-2022-0109-0119 | Comment from Avraham Goldstein |
|---|---|
| DOT-OST-2022-0109-0120 | Comment from Simon Schwab |
| DOT-OST-2022-0109-0121 | Comment from Shimon Belen |
| DOT-OST-2022-0109-0122 | Comment from Aharon Schonfeld |
| DOT-OST-2022-0109-0123 | Comment from Chaim Eissenberg |
| DOT-OST-2022-0109-0124 | Comment from Anonymous |
| DOT-OST-2022-0109-0125 | Comment from Rivky Greenspan |
| DOT-OST-2022-0109-0126 | Comment from Zalman Chayo |
| DOT-OST-2022-0109-0127 | Comment from Anonymous |
| DOT-OST-2022-0109-0128 | Comment from Mark Bakst |
| DOT-OST-2022-0109-0129 | Comment from Ari Gluck |
| DOT-OST-2022-0109-0130 | Comment from Chaya Susman |
| DOT-OST-2022-0109-0131 | Comment from Anonymous |
| DOT-OST-2022-0109-0132 | Comment from Greg Zilberbrand |
| DOT-OST-2022-0109-0133 | Comment from Melissa Meltzer |
| DOT-OST-2022-0109-0134 | Comment from Nfjdjdb Chxndbdb |
| DOT-OST-2022-0109-0135 | Comment from Pete Zad |
| DOT-OST-2022-0109-0136 | Comment from Eziel Meisels |
| DOT-OST-2022-0109-0137 | Comment from Michael Singer |
| DOT-OST-2022-0109-0138 | Comment from Arye Fasten |
| DOT-OST-2022-0109-0139 | Comment from Anonymous |
| DOT-OST-2022-0109-0140 | Comment from Matthew Rubin |
| DOT-OST-2022-0109-0141 | Comment from Lauryn Smith |
| DOT-OST-2022-0109-0142 | Comment from Rebecca Weiss |
| DOT-OST-2022-0109-0143 | Comment from Anonymous |
| DOT-OST-2022-0109-0144 | Comment from Jason Erdan |
| DOT-OST-2022-0109-0145 | Comment from Batsheva Katz |
| DOT-OST-2022-0109-0146 | Comment from Anonymous |
| DOT-OST-2022-0109-0147 | Comment from Mendel Sirota |
| DOT-OST-2022-0109-0148 | Comment from Bradley Smith |
| DOT-OST-2022-0109-0149 | Comment from Anonymous |
| DOT-OST-2022-0109-0150 | Comment from Anonymous |
| DOT-OST-2022-0109-0151 | Comment from Spencer Isen |
| DOT-OST-2022-0109-0152 | Comment from Yisroel Pollock |
| DOT-OST-2022-0109-0153 | Comment from Yaakov Leiser |
| DOT-OST-2022-0109-0154 | Comment from Anonymous |
| DOT-OST-2022-0109-0155 | Comment from Jack See |
| DOT-OST-2022-0109-0156 | Comment from berish leser |

| DOT-OST-2022-0109-0157 | Comment from Izzo Manhattan |
|---|---|
| DOT-OST-2022-0109-0158 | Comment from Anonymous |
| DOT-OST-2022-0109-0159 | Comment from Sarah Stern-Strobel |
| DOT-OST-2022-0109-0160 | Comment from Anonymous |
| DOT-OST-2022-0109-0161 | Comment from William Balk |
| DOT-OST-2022-0109-0162 | Comment from TUVYA GREEN |
| DOT-OST-2022-0109-0163 | Comment from Yon Schwartz |
| DOT-OST-2022-0109-0164 | Comment from Shira Lieberman |
| DOT-OST-2022-0109-0165 | Comment from Shira Lieberman |
| DOT-OST-2022-0109-0166 | Comment from Moses Weiss |
| DOT-OST-2022-0109-0167 | Comment from T L |
| DOT-OST-2022-0109-0168 | Comment from Mimi Grossberger |
| DOT-OST-2022-0109-0169 | Comment from Moshe Benshimon |
| DOT-OST-2022-0109-0170 | Comment from R W |
| DOT-OST-2022-0109-0171 | Comment from JEDEDIAH HOFFMAN |
| DOT-OST-2022-0109-0172 | Comment from Anonymous |
| DOT-OST-2022-0109-0173 | Comment from Anonymous |
| DOT-OST-2022-0109-0174 | Comment from Moshe Rosenfeld |
| DOT-OST-2022-0109-0175 | Comment from Andrew Eisen |
| DOT-OST-2022-0109-0176 | Comment from Anonymous |
| DOT-OST-2022-0109-0177 | Comment from Eliezer Steinhauser |
| DOT-OST-2022-0109-0178 | Comment from Moshe Eisenbach |
| DOT-OST-2022-0109-0179 | Comment from Elchonon Jacobson |
| DOT-OST-2022-0109-0180 | Comment from Esther Fried |
| DOT-OST-2022-0109-0181 | Comment from Anonymous |
| DOT-OST-2022-0109-0182 | Comment from Sandra Ajam |
| DOT-OST-2022-0109-0183 | Comment from ADAM SFERLAZZO |
| DOT-OST-2022-0109-0184 | Comment from Gitty Eisner |
| DOT-OST-2022-0109-0185 | Comment from Nat Ber |
| DOT-OST-2022-0109-0186 | Comment from Dov Berkowitz |
| DOT-OST-2022-0109-0187 | Comment from Skyscanner Limited |
| DOT-OST-2022-0109-0188 | Comment from Benzion Lew |
| DOT-OST-2022-0109-0189 | Comment from Phyllis Bernstein |
| DOT-OST-2022-0109-0190 | Comment from Nathan Kim |
| DOT-OST-2022-0109-0191 | Comment from Anonymous |
| DOT-OST-2022-0109-0192 | Comment from David Weiss |
| DOT-OST-2022-0109-0193 | Comment from Mo Kahn |
| DOT-OST-2022-0109-0194 | Comment from Patty Sha |

| DOT-OST-2022-0109-0195 | Comment from Anonymous |
|---|---|
| DOT-OST-2022-0109-0196 | Comment from Sam Berk |
| DOT-OST-2022-0109-0197 | Comment from E Leiter |
| DOT-OST-2022-0109-0198 | Comment from Gitty weber |
| DOT-OST-2022-0109-0199 | Comment from Steven Bakst |
| DOT-OST-2022-0109-0200 | Comment from Moshe green |
| DOT-OST-2022-0109-0201 | Comment from Iddo DeVries |
| DOT-OST-2022-0109-0202 | Comment from Joshua Rubin |
| DOT-OST-2022-0109-0203 | Comment from Anonymous |
| DOT-OST-2022-0109-0204 | Comment from Yisroel Klitenick |
| DOT-OST-2022-0109-0205 | Comment from An Onymus |
| DOT-OST-2022-0109-0206 | Comment from A Schechter |
| DOT-OST-2022-0109-0207 | Comment from Temima Green |
| DOT-OST-2022-0109-0208 | Comment from Anonymous |
| DOT-OST-2022-0109-0209 | Comment from Anonymous |
| DOT-OST-2022-0109-0210 | Comment from Mike Bid |
| DOT-OST-2022-0109-0211 | Comment from Anonymous |
| DOT-OST-2022-0109-0212 | Comment from Joseph Bernstein |
| DOT-OST-2022-0109-0213 | Comment from Chana Lalehzari |
| DOT-OST-2022-0109-0214 | Comment from Samuel Svarc |
| DOT-OST-2022-0109-0215 | Comment from Howard A |
| DOT-OST-2022-0109-0216 | Comment from Anonymous |
| DOT-OST-2022-0109-0217 | Comment from Ricky Holder Adler |
| DOT-OST-2022-0109-0218 | Comment from Zack Cohen |
| DOT-OST-2022-0109-0219 | Comment from Anonymous |
| DOT-OST-2022-0109-0220 | Comment from Steve M |
| DOT-OST-2022-0109-0221 | Comment from Vikas Agarwal |
| DOT-OST-2022-0109-0222 | Comment from Y Horo |
| DOT-OST-2022-0109-0223 | Comment from Motty Weinstock |
| DOT-OST-2022-0109-0224 | Comment from Menachem Shuchat |
| DOT-OST-2022-0109-0225 | Comment from Kalman Goldstein |
| DOT-OST-2022-0109-0226 | Comment from Penny Brown |
| DOT-OST-2022-0109-0227 | Comment from Sam Bienenfeld |
| DOT-OST-2022-0109-0228 | Comment from Anonymous |
| DOT-OST-2022-0109-0229 | Comment from Israel E berger |
| DOT-OST-2022-0109-0230 | Comment from Adam Prager |
| DOT-OST-2022-0109-0231 | Comment from shabtay shrem |
| DOT-OST-2022-0109-0232 | Comment from Yossi Dworcan |

| DOT-OST-2022-0109-0233 | Comment from Anonymous |
|---|---|
| DOT-OST-2022-0109-0234 | Comment from Brandon Cheatham |
| DOT-OST-2022-0109-0235 | Comment from Anonymous |
| DOT-OST-2022-0109-0236 | Comment from Lip Ha |
| DOT-OST-2022-0109-0237 | Comment from Michael Liao |
| DOT-OST-2022-0109-0238 | Comment from Israel Ohana |
| DOT-OST-2022-0109-0239 | Comment from The Travel Technology Association |
| DOT-OST-2022-0109-0240 | Comment from Miriam Goldberg |
| DOT-OST-2022-0109-0241 | Comment from Elchonon Morozow |
| DOT-OST-2022-0109-0242 | Comment from Anonymous |
| DOT-OST-2022-0109-0243 | Comment from The Travel Technology Association |
| DOT-OST-2022-0109-0244 | Comment from Nagmik inc |
| DOT-OST-2022-0109-0245 | Comment from Anonymous |
| DOT-OST-2022-0109-0246 | Comment from Anonymous |
| DOT-OST-2022-0109-0247 | Comment from Anonymous |
| DOT-OST-2022-0109-0248 | Comment from Alexander Friedlander |
| DOT-OST-2022-0109-0249 | Comment from Moshe Lichtman |
| DOT-OST-2022-0109-0250 | Comment from Norman Elbogen |
| DOT-OST-2022-0109-0251 | Comment from Chaim Herbstman |
| DOT-OST-2022-0109-0252 | Comment from Yosef Safdeye |
| DOT-OST-2022-0109-0253 | Comment from Anonymous |
| DOT-OST-2022-0109-0254 | Comment from Anonymous |
| DOT-OST-2022-0109-0255 | Comment from Anonymous |
| DOT-OST-2022-0109-0256 | Comment from Anonymous |
| DOT-OST-2022-0109-0257 | Comment from Matti Friedman |
| DOT-OST-2022-0109-0258 | Comment from Nathaniel Vogel |
| DOT-OST-2022-0109-0259 | Comment from Mordechai Blass |
| DOT-OST-2022-0109-0260 | Comment from Anonymous |
| DOT-OST-2022-0109-0261 | Comment from Anonymous |
| DOT-OST-2022-0109-0262 | Comment from Goldie Adler |
| DOT-OST-2022-0109-0263 | Comment from Black Label |
| DOT-OST-2022-0109-0264 | Comment from Jane Ann |
| DOT-OST-2022-0109-0265 | Comment from Izzy Ben |
| DOT-OST-2022-0109-0266 | Comment from Shra Jaco |
| DOT-OST-2022-0109-0267 | Comment from Yehuda Appelbaum |
| DOT-OST-2022-0109-0268 | Comment from E S |
| DOT-OST-2022-0109-0269 | Comment from yechiel exler |
| DOT-OST-2022-0109-0270 | Comment from Anonymous |

| DOT-OST-2022-0109-0271 | Comment from Kamara Ramsey |
| DOT-OST-2022-0109-0272 | Comment from Devorah Kaplan |
| DOT-OST-2022-0109-0273 | Comment from Sarah Renee |
| DOT-OST-2022-0109-0274 | Comment from Anonymous |
| DOT-OST-2022-0109-0275 | Comment from Yossi Akselrud |
| DOT-OST-2022-0109-0276 | Comment from Randy Boisvert |
| DOT-OST-2022-0109-0277 | Comment from David Saad |
| DOT-OST-2022-0109-0278 | Comment from Menachem B. Friedman |
| DOT-OST-2022-0109-0279 | Comment from Anonymous |
| DOT-OST-2022-0109-0280 | Comment from Zach Doerr |
| DOT-OST-2022-0109-0281 | Comment from Zach Doerr |
| DOT-OST-2022-0109-0282 | Comment from Allen Blaivas |
| DOT-OST-2022-0109-0283 | Comment from P N |
| DOT-OST-2022-0109-0284 | Comment from Shneur Plotke |
| DOT-OST-2022-0109-0285 | Comment from Gary Poretsky |
| DOT-OST-2022-0109-0286 | Comment from Andy Newton |
| DOT-OST-2022-0109-0287 | Comment from Anonymous |
| DOT-OST-2022-0109-0288 | Comment from Boruch Schwey |
| DOT-OST-2022-0109-0289 | Comment from Anonymous |
| DOT-OST-2022-0109-0290 | Comment from Moshe Rom |
| DOT-OST-2022-0109-0291 | Comment from Anonymous |
| DOT-OST-2022-0109-0292 | Comment from Shlome Gold |
| DOT-OST-2022-0109-0293 | Comment from MATTHEW DAVIS |
| DOT-OST-2022-0109-0294 | Comment from Anonymous |
| DOT-OST-2022-0109-0295 | Comment from Mussi Sharfstein |
| DOT-OST-2022-0109-0296 | Comment from Y K |
| DOT-OST-2022-0109-0297 | Comment from Menachem Lipszyc |
| DOT-OST-2022-0109-0298 | Comment from Ephraim Rothenberg |
| DOT-OST-2022-0109-0299 | Comment from Anonymous |
| DOT-OST-2022-0109-0300 | Comment from Shaya G |
| DOT-OST-2022-0109-0301 | Comment from Anonymous |
| DOT-OST-2022-0109-0302 | Comment from Anonymous |
| DOT-OST-2022-0109-0303 | Comment from Leah Lifshitz |
| DOT-OST-2022-0109-0304 | Comment from steven frohlinger |
| DOT-OST-2022-0109-0305 | Comment from Chaya Drach |
| DOT-OST-2022-0109-0306 | Comment from Anonymous |
| DOT-OST-2022-0109-0307 | Comment from Yehuda Baumgarten |
| DOT-OST-2022-0109-0308 | Comment from Isaac Spero |

| | |
|---|---|
| DOT-OST-2022-0109-0309 | Comment from Justin Myrowitz |
| DOT-OST-2022-0109-0310 | Comment from Ian Azizollahoff |
| DOT-OST-2022-0109-0311 | Comment from Moshe Sputz |
| DOT-OST-2022-0109-0312 | Comment from Anonymous |
| DOT-OST-2022-0109-0313 | Comment from Anonymous |
| DOT-OST-2022-0109-0314 | Comment from Alexandra Levin |
| DOT-OST-2022-0109-0315 | Comment from Conrad Shank |
| DOT-OST-2022-0109-0316 | Comment from Judah Furst |
| DOT-OST-2022-0109-0317 | Comment from R S |
| DOT-OST-2022-0109-0318 | Comment from Anonymous |
| DOT-OST-2022-0109-0319 | Comment from Anonymous |
| DOT-OST-2022-0109-0320 | Comment from Anonymous |
| DOT-OST-2022-0109-0321 | Comment from Shneur Frankel |
| DOT-OST-2022-0109-0322 | Comment from Mindy salazar |
| DOT-OST-2022-0109-0323 | Comment from Adam Lazaros |
| DOT-OST-2022-0109-0324 | Comment from Flightblitz inc. |
| DOT-OST-2022-0109-0325 | Comment from Anonymous |
| DOT-OST-2022-0109-0326 | Comment from U.S. Travel Association |
| DOT-OST-2022-0109-0327 | Comment from Anonymous |
| DOT-OST-2022-0109-0328 | Comment from Sholom Glick |
| DOT-OST-2022-0109-0329 | Comment from Anonymous |
| DOT-OST-2022-0109-0330 | Comment from Bashi Neuman |
| DOT-OST-2022-0109-0331 | Comment from Anonymous |
| DOT-OST-2022-0109-0332 | Comment from BURECH SPITZ |
| DOT-OST-2022-0109-0333 | Comment from Dovid Egert |
| DOT-OST-2022-0109-0334 | Comment from Y Rosenberg |
| DOT-OST-2022-0109-0335 | Comment from Anonymous |
| DOT-OST-2022-0109-0336 | Comment from Anonymous |
| DOT-OST-2022-0109-0337 | Comment from Anonymous |
| DOT-OST-2022-0109-0338 | Comment from Y Wol |
| DOT-OST-2022-0109-0339 | Comment from Anonymous |
| DOT-OST-2022-0109-0340 | Comment from Ester Zajac |
| DOT-OST-2022-0109-0341 | Comment from Shira Sussman |
| DOT-OST-2022-0109-0342 | Comment from Anonymous |
| DOT-OST-2022-0109-0343 | Comment from Anonymous |
| DOT-OST-2022-0109-0344 | Comment from Ate Blum |
| DOT-OST-2022-0109-0345 | Comment from Joseph Weiss |
| DOT-OST-2022-0109-0346 | Comment from Chaim Lunger |

| DOT-OST-2022-0109-0347 | Comment from Mendel Stein |
| DOT-OST-2022-0109-0348 | Comment from Anonymous |
| DOT-OST-2022-0109-0349 | Comment from Anonymous |
| DOT-OST-2022-0109-0350 | Comment from Yonathan Weinberger |
| DOT-OST-2022-0109-0351 | Comment from Shia Freund |
| DOT-OST-2022-0109-0352 | Comment from Aaron Ziff |
| DOT-OST-2022-0109-0353 | Comment from GAVRIEL ILIOVITS |
| DOT-OST-2022-0109-0354 | Comment from Shachne Nusbaum |
| DOT-OST-2022-0109-0355 | Comment from B O |
| DOT-OST-2022-0109-0356 | Comment from David Rosenfeld |
| DOT-OST-2022-0109-0357 | Comment from yosef dauber |
| DOT-OST-2022-0109-0358 | Comment from Anonymous |
| DOT-OST-2022-0109-0359 | Comment from Pesach Klein |
| DOT-OST-2022-0109-0360 | Comment from Anonymous |
| DOT-OST-2022-0109-0361 | Comment from Anonymous |
| DOT-OST-2022-0109-0362 | Comment from Laurie Schreiber |
| DOT-OST-2022-0109-0363 | Comment from Yaya Yolo |
| DOT-OST-2022-0109-0364 | Comment from Bob Miller |
| DOT-OST-2022-0109-0365 | Comment from Kayla Stein |
| DOT-OST-2022-0109-0366 | Comment from David Gottlieb |
| DOT-OST-2022-0109-0367 | Comment from Shaya Greiniman |
| DOT-OST-2022-0109-0368 | Comment from Ely Grunfeld |
| DOT-OST-2022-0109-0369 | Comment from Hilary Cohen |
| DOT-OST-2022-0109-0370 | Comment from Amadeus IT Group, S.A. |
| DOT-OST-2022-0109-0371 | Comment from Tzvi Golan |
| DOT-OST-2022-0109-0372 | Comment from Nachum M Katlowitz |
| DOT-OST-2022-0109-0373 | Comment from Chaya Feigelstock |
| DOT-OST-2022-0109-0374 | Comment from Mayer Friedman |
| DOT-OST-2022-0109-0375 | Comment from Anonymous |
| DOT-OST-2022-0109-0376 | Comment from Joe Tep |
| DOT-OST-2022-0109-0377 | Comment from Anonymous |
| DOT-OST-2022-0109-0378 | Comment from Moshe Fishman |
| DOT-OST-2022-0109-0379 | Comment from Susan Kaplan |
| DOT-OST-2022-0109-0380 | Comment from Marc Zafrany |
| DOT-OST-2022-0109-0381 | Comment from Moshe Baum |
| DOT-OST-2022-0109-0382 | Comment from Eliezer Gurary |
| DOT-OST-2022-0109-0383 | Comment from PUBLIC INTEREST RESEARCH GROUP |
| DOT-OST-2022-0109-0384 | Comment from Anonymous |

| DOT-OST-2022-0109-0385 | Comment from Anonymous Anonymous |
|---|---|
| DOT-OST-2022-0109-0386 | Comment from Jacob Mozes |
| DOT-OST-2022-0109-0387 | Comment from Patrick Malone |
| DOT-OST-2022-0109-0388 | Comment from Hi Kravs |
| DOT-OST-2022-0109-0389 | Comment from Sara Dear |
| DOT-OST-2022-0109-0390 | Comment from Anonymous |
| DOT-OST-2022-0109-0391 | Comment from Bob Goldberg |
| DOT-OST-2022-0109-0392 | Comment from Yefet Sharabi |
| DOT-OST-2022-0109-0393 | Comment from Shi Rosenstock |
| DOT-OST-2022-0109-0394 | Comment from E P |
| DOT-OST-2022-0109-0395 | Comment from Anonymous |
| DOT-OST-2022-0109-0396 | Comment from Shayki Rotenberg |
| DOT-OST-2022-0109-0397 | Comment from Anonymous |
| DOT-OST-2022-0109-0398 | Comment from Refael Draiman |
| DOT-OST-2022-0109-0399 | Comment from Karen Sigel |
| DOT-OST-2022-0109-0400 | Comment from Karen Sigel |
| DOT-OST-2022-0109-0401 | Comment from abraham herzog |
| DOT-OST-2022-0109-0402 | Comment from Anonymous |
| DOT-OST-2022-0109-0403 | Comment from Anonymous |
| DOT-OST-2022-0109-0404 | Comment from Nathan Guzman |
| DOT-OST-2022-0109-0405 | Comment from Nechama Hecht |
| DOT-OST-2022-0109-0406 | Comment from Jon Cutler |
| DOT-OST-2022-0109-0407 | Comment from Michael Treitel |
| DOT-OST-2022-0109-0408 | Comment from Andrew Measell |
| DOT-OST-2022-0109-0409 | Comment from Anonymous |
| DOT-OST-2022-0109-0410 | Comment from Anonymous |
| DOT-OST-2022-0109-0411 | Comment from Michal millrod |
| DOT-OST-2022-0109-0412 | Comment from Anonymous |
| DOT-OST-2022-0109-0413 | Comment from Moshe Rabin |
| DOT-OST-2022-0109-0414 | Comment from David Kessler |
| DOT-OST-2022-0109-0415 | Comment from Yuda Silverstein |
| DOT-OST-2022-0109-0416 | Comment from James Lapin |
| DOT-OST-2022-0109-0417 | Comment from mendy Eagle |
| DOT-OST-2022-0109-0418 | Comment from Y Goldenberg |
| DOT-OST-2022-0109-0419 | Comment from Gaurav Maheshwari |
| DOT-OST-2022-0109-0420 | Comment from Dov Erdfarb |
| DOT-OST-2022-0109-0421 | Comment from Sammy Goldberg |
| DOT-OST-2022-0109-0422 | Comment from shlome wolf |

| DOT-OST-2022-0109-0423 | Comment from Menachem Teitelbaum |
| DOT-OST-2022-0109-0424 | Comment from Nancy C. |
| DOT-OST-2022-0109-0425 | Comment from Anonymous |
| DOT-OST-2022-0109-0426 | Comment from Anonymous New Yorker |
| DOT-OST-2022-0109-0427 | Comment from Anonymous |
| DOT-OST-2022-0109-0428 | Comment from Bethany Mandel |
| DOT-OST-2022-0109-0429 | Comment from Solomon Mizrahi |
| DOT-OST-2022-0109-0430 | Comment from Dovi Friedman |
| DOT-OST-2022-0109-0431 | Comment from Mich Hawk |
| DOT-OST-2022-0109-0432 | Comment from Jeff Ensfield |
| DOT-OST-2022-0109-0433 | Comment from Anonymous |
| DOT-OST-2022-0109-0434 | Comment from Yisroel Silberstein |
| DOT-OST-2022-0109-0435 | Comment from Yisroel Silberstein |
| DOT-OST-2022-0109-0436 | Comment from David Okunov |
| DOT-OST-2022-0109-0437 | Comment from uriel okrent |
| DOT-OST-2022-0109-0438 | Comment from Mir Lev |
| DOT-OST-2022-0109-0439 | Comment from Eitan Laghaie |
| DOT-OST-2022-0109-0440 | Comment from Nechemia Fogel |
| DOT-OST-2022-0109-0441 | Comment from Batya Gewanter |
| DOT-OST-2022-0109-0442 | Comment from Yoel Klein |
| DOT-OST-2022-0109-0443 | Comment from Anonymous |
| DOT-OST-2022-0109-0444 | Comment from T Paul |
| DOT-OST-2022-0109-0445 | Comment from Yitzi Messner |
| DOT-OST-2022-0109-0446 | Comment from N Truxton |
| DOT-OST-2022-0109-0447 | Comment from Anonymous |
| DOT-OST-2022-0109-0448 | Comment from Sam Burger |
| DOT-OST-2022-0109-0449 | Comment from Jolyn Kramberg |
| DOT-OST-2022-0109-0450 | Comment from Elliot Lam |
| DOT-OST-2022-0109-0451 | Comment from Asher Katz |
| DOT-OST-2022-0109-0452 | Comment from Anonymous |
| DOT-OST-2022-0109-0453 | Comment from Parent Afraid Of Being Doxxed |
| DOT-OST-2022-0109-0454 | Comment from Aryeh Schachter |
| DOT-OST-2022-0109-0455 | Comment from Andrew Jacobson |
| DOT-OST-2022-0109-0456 | Comment from Amy Seeger |
| DOT-OST-2022-0109-0457 | Comment from Joshua Yungreis |
| DOT-OST-2022-0109-0458 | Comment from Isaac Schwarz |
| DOT-OST-2022-0109-0459 | Comment from S C |
| DOT-OST-2022-0109-0460 | Comment from sarah grosz |

| DOT-OST-2022-0109-0461 | Comment from Let kids Sit with their parents |
| DOT-OST-2022-0109-0462 | Comment from Daniel Arnold |
| DOT-OST-2022-0109-0463 | Comment from Shmuel Lange |
| DOT-OST-2022-0109-0464 | Comment from Eileen Guttman |
| DOT-OST-2022-0109-0465 | Comment from Shimshon Heszkel |
| DOT-OST-2022-0109-0466 | Comment from Bill Ades |
| DOT-OST-2022-0109-0467 | Comment from Martin Orbach |
| DOT-OST-2022-0109-0468 | Comment from Zishe Schnitzler |
| DOT-OST-2022-0109-0469 | Comment from Rebecca Davenport |
| DOT-OST-2022-0109-0470 | Comment from Lawrence VALVERDE |
| DOT-OST-2022-0109-0471 | Comment from Anonymous |
| DOT-OST-2022-0109-0472 | Comment from Aaron Heideman |
| DOT-OST-2022-0109-0473 | Comment from Yehuda Cohn |
| DOT-OST-2022-0109-0474 | Comment from FlyersRights.org |
| DOT-OST-2022-0109-0475 | Comment from Oi Bm |
| DOT-OST-2022-0109-0476 | Comment from Gaurav Gupta |
| DOT-OST-2022-0109-0477 | Comment from Mop Jopy |
| DOT-OST-2022-0109-0478 | Comment from Jack Heineman |
| DOT-OST-2022-0109-0479 | Comment from Anonymous |
| DOT-OST-2022-0109-0480 | Comment from Moshe Yid |
| DOT-OST-2022-0109-0481 | Comment from Shlomo Freedman |
| DOT-OST-2022-0109-0482 | Comment from Anonymous |
| DOT-OST-2022-0109-0483 | Comment from A Orb |
| DOT-OST-2022-0109-0484 | Comment from J R |
| DOT-OST-2022-0109-0485 | Comment from Abe Rossman |
| DOT-OST-2022-0109-0486 | Comment from Sarah Sorensen |
| DOT-OST-2022-0109-0487 | Comment from Anonymous |
| DOT-OST-2022-0109-0488 | Comment from Anonymous |
| DOT-OST-2022-0109-0489 | Comment from Faigy G |
| DOT-OST-2022-0109-0490 | Comment from Anonymous |
| DOT-OST-2022-0109-0491 | Comment from Julie Marx |
| DOT-OST-2022-0109-0492 | Comment from Travel Agent Org |
| DOT-OST-2022-0109-0493 | Comment from chani berk |
| DOT-OST-2022-0109-0494 | Comment from lionel zuckier |
| DOT-OST-2022-0109-0495 | Comment from Trenton Murphey |
| DOT-OST-2022-0109-0496 | Comment from solomon strulovics |
| DOT-OST-2022-0109-0497 | Comment from Jeffrey Watts |
| DOT-OST-2022-0109-0498 | Comment from Memachem Cohen |

| DOT-OST-2022-0109-0499 | Comment from Murray YARMUSCH |
| DOT-OST-2022-0109-0500 | Comment from Aryeh Schwebel |
| DOT-OST-2022-0109-0501 | Comment from Ramchandra Sankhala |
| DOT-OST-2022-0109-0502 | Comment from Hannah L |
| DOT-OST-2022-0109-0503 | Comment from Ashley Winters |
| DOT-OST-2022-0109-0504 | Comment from Anonymous |
| DOT-OST-2022-0109-0505 | Comment from Anonymous |
| DOT-OST-2022-0109-0506 | Comment from Miriam Goldstein |
| DOT-OST-2022-0109-0507 | Comment from Chaim Goldenberg |
| DOT-OST-2022-0109-0508 | Comment from Anonymous |
| DOT-OST-2022-0109-0509 | Comment from Zalm K |
| DOT-OST-2022-0109-0510 | Comment from Anonymous |
| DOT-OST-2022-0109-0511 | Comment from Anonymous |
| DOT-OST-2022-0109-0512 | Comment from Anonymous |
| DOT-OST-2022-0109-0513 | Comment from Nathan Farkas |
| DOT-OST-2022-0109-0514 | Comment from Avigayil Sheinfeld |
| DOT-OST-2022-0109-0515 | Comment from Shimon Tyberg |
| DOT-OST-2022-0109-0516 | Comment from Shawna M Campbell |
| DOT-OST-2022-0109-0517 | Comment from Don Utsen |
| DOT-OST-2022-0109-0518 | Comment from Sam Wilner |
| DOT-OST-2022-0109-0519 | Comment from Raiza Schreiber |
| DOT-OST-2022-0109-0520 | Comment from Anonymous |
| DOT-OST-2022-0109-0521 | Comment from rakhmin dekhkanov |
| DOT-OST-2022-0109-0522 | Comment from Anonymous |
| DOT-OST-2022-0109-0523 | Comment from A Z |
| DOT-OST-2022-0109-0524 | Comment from LEAH BINET |
| DOT-OST-2022-0109-0525 | Comment from Evan Asher |
| DOT-OST-2022-0109-0526 | Comment from shlomo gelbfish |
| DOT-OST-2022-0109-0527 | Comment from Jacob Hakimi |
| DOT-OST-2022-0109-0528 | Comment from Anonymous |
| DOT-OST-2022-0109-0529 | Comment from M. Hawley |
| DOT-OST-2022-0109-0530 | Comment from joseph lewinson |
| DOT-OST-2022-0109-0531 | Comment from Anonymous |
| DOT-OST-2022-0109-0532 | Comment from Mende Virs |
| DOT-OST-2022-0109-0533 | Comment from Ids Barhorin |
| DOT-OST-2022-0109-0534 | Comment from Sam Meis |
| DOT-OST-2022-0109-0535 | Comment from Kelley Krohnert |
| DOT-OST-2022-0109-0536 | Comment from Mendel BarHorin |

| DOT-OST-2022-0109-0537 | Comment from Ira Selengut |
| DOT-OST-2022-0109-0538 | Comment from Sam Bistritzky |
| DOT-OST-2022-0109-0539 | Comment from Avrohom Shurin |
| DOT-OST-2022-0109-0540 | Comment from Anonymous |
| DOT-OST-2022-0109-0541 | Comment from Benjamin Gottesman |
| DOT-OST-2022-0109-0542 | Comment from Paul Jones |
| DOT-OST-2022-0109-0543 | Comment from Anonymous |
| DOT-OST-2022-0109-0544 | Comment from Timberwolf consulting |
| DOT-OST-2022-0109-0545 | Comment from Anonymous |
| DOT-OST-2022-0109-0546 | Comment from Joe Gold |
| DOT-OST-2022-0109-0547 | Comment from Anonymous |
| DOT-OST-2022-0109-0548 | Comment from Anonymous |
| DOT-OST-2022-0109-0549 | Comment from Avi Danawiz |
| DOT-OST-2022-0109-0550 | Comment from Etan Kestenbaum |
| DOT-OST-2022-0109-0551 | Comment from Zalmen Einhorn |
| DOT-OST-2022-0109-0552 | Comment from Yechezkel Gabaie |
| DOT-OST-2022-0109-0553 | Comment from sara widis |
| DOT-OST-2022-0109-0554 | Comment from Joe Elzy |
| DOT-OST-2022-0109-0555 | Comment from Meghan Blake |
| DOT-OST-2022-0109-0556 | Comment from Anonymous |
| DOT-OST-2022-0109-0557 | Comment from Anonymous |
| DOT-OST-2022-0109-0558 | Comment from Yakov Cohen |
| DOT-OST-2022-0109-0559 | Comment from Michael Paretzky |
| DOT-OST-2022-0109-0560 | Comment from Anonymous |
| DOT-OST-2022-0109-0561 | Comment from Michael Mendoza |
| DOT-OST-2022-0109-0562 | Comment from Anonymous |
| DOT-OST-2022-0109-0563 | Comment from Anonymous |
| DOT-OST-2022-0109-0564 | Comment from Isaac Entin |
| DOT-OST-2022-0109-0565 | Comment from Booking Holdings Inc. |
| DOT-OST-2022-0109-0566 | Comment from Anonymous |
| DOT-OST-2022-0109-0567 | Comment from Abraham Goldman |
| DOT-OST-2022-0109-0568 | Comment from Anonymous |
| DOT-OST-2022-0109-0569 | Comment from Anonymous |
| DOT-OST-2022-0109-0570 | Comment from Rose K |
| DOT-OST-2022-0109-0571 | Comment from B L |
| DOT-OST-2022-0109-0572 | Comment from Anonymous |
| DOT-OST-2022-0109-0573 | Comment from Levi Gurkov |
| DOT-OST-2022-0109-0574 | Comment from Lori Lurimanal |

| | |
|---|---|
| DOT-OST-2022-0109-0575 | Comment from Moishe Deutsch |
| DOT-OST-2022-0109-0576 | Comment from Gabrielle Hassan |
| DOT-OST-2022-0109-0577 | Comment from The people We |
| DOT-OST-2022-0109-0578 | Comment from Yonah Lax |
| DOT-OST-2022-0109-0579 | Comment from Avi Stein |
| DOT-OST-2022-0109-0580 | Comment from Joshua Levine |
| DOT-OST-2022-0109-0581 | Comment from Valentin Leon |
| DOT-OST-2022-0109-0582 | Comment from Parent of Children |
| DOT-OST-2022-0109-0583 | Comment from Yisroel Scheff |
| DOT-OST-2022-0109-0584 | Comment from Bayla Gelerinter |
| DOT-OST-2022-0109-0585 | Comment from Anonymous |
| DOT-OST-2022-0109-0586 | Comment from Naomi Fuhrman |
| DOT-OST-2022-0109-0587 | Comment from Barbara Kessel |
| DOT-OST-2022-0109-0588 | Comment from ONDCP |
| DOT-OST-2022-0109-0589 | Comment from Anonymous |
| DOT-OST-2022-0109-0590 | Comment from Anonymous |
| DOT-OST-2022-0109-0591 | Comment from Anonymous |
| DOT-OST-2022-0109-0592 | Comment from Shoshana Diamond |
| DOT-OST-2022-0109-0593 | Comment from Sa Gold |
| DOT-OST-2022-0109-0594 | Comment from ARYEH GERETZ |
| DOT-OST-2022-0109-0595 | Comment from Anonymous |
| DOT-OST-2022-0109-0596 | Comment from Anonymous |
| DOT-OST-2022-0109-0597 | Comment from A Levy |
| DOT-OST-2022-0109-0598 | Comment from Huckelberry Finne |
| DOT-OST-2022-0109-0599 | Comment from Avigdor Litmanowitz |
| DOT-OST-2022-0109-0600 | Comment from Maier Schreiber |
| DOT-OST-2022-0109-0601 | Comment from Anonymous |
| DOT-OST-2022-0109-0602 | Comment from nechemia jacobson |
| DOT-OST-2022-0109-0603 | Comment from Anonymous |
| DOT-OST-2022-0109-0604 | Comment from Anonymous |
| DOT-OST-2022-0109-0605 | Comment from George Michaelson |
| DOT-OST-2022-0109-0606 | Comment from Anonymous |
| DOT-OST-2022-0109-0607 | Comment from sam munit |
| DOT-OST-2022-0109-0608 | Comment from Anonymous |
| DOT-OST-2022-0109-0609 | Comment from Anonymous |
| DOT-OST-2022-0109-0610 | Comment from michael kreindler |
| DOT-OST-2022-0109-0611 | Comment from Anonymous |
| DOT-OST-2022-0109-0612 | Comment from Levi ceitlin |

| DOT-OST-2022-0109-0613 | Comment from Rachel Frankel |
|---|---|
| DOT-OST-2022-0109-0614 | Comment from Kevin Kal |
| DOT-OST-2022-0109-0615 | Comment from Zalman Osdoba |
| DOT-OST-2022-0109-0616 | Comment from Paul Eccles |
| DOT-OST-2022-0109-0617 | Comment from Tova Feigenbaum |
| DOT-OST-2022-0109-0618 | Comment from Etihad Airways, PJSC |
| DOT-OST-2022-0109-0619 | Comment from Jonathan Katzir |
| DOT-OST-2022-0109-0620 | Comment from Ezra Blumenthal |
| DOT-OST-2022-0109-0621 | Comment from Dmitry Azarenko |
| DOT-OST-2022-0109-0622 | Comment from joe riv |
| DOT-OST-2022-0109-0623 | Comment from Anonymous |
| DOT-OST-2022-0109-0624 | Comment from Jacob Entin |
| DOT-OST-2022-0109-0625 | Comment from David Eis |
| DOT-OST-2022-0109-0626 | Comment from David Geller |
| DOT-OST-2022-0109-0627 | Comment from Anonymous |
| DOT-OST-2022-0109-0628 | Comment from Chesky Stossel |
| DOT-OST-2022-0109-0629 | Comment from Anonymous |
| DOT-OST-2022-0109-0630 | Comment from Malte Buecken |
| DOT-OST-2022-0109-0631 | Comment from Anonymous |
| DOT-OST-2022-0109-0632 | Comment from chaim schmuckler |
| DOT-OST-2022-0109-0633 | Comment from Anonymous |
| DOT-OST-2022-0109-0634 | Comment from Moshe Golombeck |
| DOT-OST-2022-0109-0635 | Comment from Reuven Nathanson |
| DOT-OST-2022-0109-0636 | Comment from L Ziv |
| DOT-OST-2022-0109-0637 | Comment from Aro Lib |
| DOT-OST-2022-0109-0638 | Comment from Efrat Turk |
| DOT-OST-2022-0109-0639 | Comment from Anonymous |
| DOT-OST-2022-0109-0640 | Comment from Moishe Norman |
| DOT-OST-2022-0109-0641 | Comment from Talya Ro |
| DOT-OST-2022-0109-0642 | Comment from Yitz Frid |
| DOT-OST-2022-0109-0643 | Comment from Diane C |
| DOT-OST-2022-0109-0644 | Comment from Jane Blank |
| DOT-OST-2022-0109-0645 | Comment from Anonymous |
| DOT-OST-2022-0109-0646 | Comment from Sylvia Mash |
| DOT-OST-2022-0109-0647 | Comment from Moshe Rappoport |
| DOT-OST-2022-0109-0648 | Comment from Anonymous |
| DOT-OST-2022-0109-0649 | Comment from Anonymous |
| DOT-OST-2022-0109-0650 | Comment from sam conner |

| | |
|---|---|
| DOT-OST-2022-0109-0651 | Comment from Rebecca Kentor |
| DOT-OST-2022-0109-0652 | Comment from Ben Roman |
| DOT-OST-2022-0109-0653 | Comment from Robert Mott |
| DOT-OST-2022-0109-0654 | Comment from Sam Waldman |
| DOT-OST-2022-0109-0655 | Comment from shimie weinman |
| DOT-OST-2022-0109-0656 | Comment from s s |
| DOT-OST-2022-0109-0657 | Comment from Anonymous |
| DOT-OST-2022-0109-0658 | Comment from David Ross |
| DOT-OST-2022-0109-0659 | Comment from Lee Haack |
| DOT-OST-2022-0109-0660 | Comment from Yaakov Gleiberman |
| DOT-OST-2022-0109-0661 | Comment from Anonymous |
| DOT-OST-2022-0109-0662 | Comment from Anonymous |
| DOT-OST-2022-0109-0663 | Comment from aaron karr |
| DOT-OST-2022-0109-0664 | Comment from Nathan H |
| DOT-OST-2022-0109-0665 | Comment from Yehoshua Shlomowitz |
| DOT-OST-2022-0109-0666 | Comment from Zell Files |
| DOT-OST-2022-0109-0667 | Comment from Anonymous |
| DOT-OST-2022-0109-0668 | Comment from A Perel |
| DOT-OST-2022-0109-0669 | Comment from G Brown |
| DOT-OST-2022-0109-0670 | Comment from Anonymous |
| DOT-OST-2022-0109-0671 | Comment from Monica Goodman |
| DOT-OST-2022-0109-0672 | Comment from David Marder |
| DOT-OST-2022-0109-0673 | Comment from Anonymous |
| DOT-OST-2022-0109-0674 | Comment from Mo Bru |
| DOT-OST-2022-0109-0675 | Comment from Anonymous |
| DOT-OST-2022-0109-0676 | Comment from Faith Jones |
| DOT-OST-2022-0109-0677 | Comment from Elliot Graiser |
| DOT-OST-2022-0109-0678 | Comment from Shemayah Morgan |
| DOT-OST-2022-0109-0679 | Comment from Abraham Cooper |
| DOT-OST-2022-0109-0680 | Comment from Yosef Wolf |
| DOT-OST-2022-0109-0681 | Comment from Chavy Binet |
| DOT-OST-2022-0109-0682 | Comment from Anonymous |
| DOT-OST-2022-0109-0683 | Comment from Thomas Fratini |
| DOT-OST-2022-0109-0684 | Comment from Deborah Beyer |
| DOT-OST-2022-0109-0685 | Comment from Abe Weiss |
| DOT-OST-2022-0109-0686 | Comment from Thomas Gross |
| DOT-OST-2022-0109-0687 | Comment from Anonymous |
| DOT-OST-2022-0109-0688 | Comment from David Edeltuch |

| DOT-OST-2022-0109-0689 | Comment from Anonymous |
|---|---|
| DOT-OST-2022-0109-0690 | Comment from Elliott Indig |
| DOT-OST-2022-0109-0691 | Comment from Travis Schlappi |
| DOT-OST-2022-0109-0692 | Comment from Corrie Casey |
| DOT-OST-2022-0109-0693 | Comment from J Elzry |
| DOT-OST-2022-0109-0694 | Comment from D W Cain |
| DOT-OST-2022-0109-0695 | Comment from Ana Ka |
| DOT-OST-2022-0109-0696 | Comment from marc kohn |
| DOT-OST-2022-0109-0697 | Comment from Yitz Zelcer |
| DOT-OST-2022-0109-0698 | Comment from Yoel Sabel |
| DOT-OST-2022-0109-0699 | Comment from Anonymous |
| DOT-OST-2022-0109-0700 | Comment from shlomo ungar |
| DOT-OST-2022-0109-0701 | Comment from David Smith |
| DOT-OST-2022-0109-0702 | Comment from Anonymous |
| DOT-OST-2022-0109-0703 | Comment from Rose Green |
| DOT-OST-2022-0109-0704 | Comment from Aaron Chernick |
| DOT-OST-2022-0109-0705 | Comment from Sara Stiefel |
| DOT-OST-2022-0109-0706 | Comment from Anonymous |
| DOT-OST-2022-0109-0707 | Comment from Anonymous |
| DOT-OST-2022-0109-0708 | Comment from African Airlines Association |
| DOT-OST-2022-0109-0709 | Comment from Anonymous |
| DOT-OST-2022-0109-0710 | Comment from Anonymous |
| DOT-OST-2022-0109-0711 | Enhancing Transparency: Airline Ancillary Service Fees Denial of Request for Extension of Comment Period. |
| DOT-OST-2022-0109-0712 | Comment from Moshe Friedman |
| DOT-OST-2022-0109-0713 | Comment from Justin Mui |
| DOT-OST-2022-0109-0714 | Comment from Anonymous |
| DOT-OST-2022-0109-0715 | Comment from menachem neustadt |
| DOT-OST-2022-0109-0716 | Enhancing Transparency of Airline Ancillary Service Fees Public Hearing Notice |
| DOT-OST-2022-0109-0717 | Travel Technology Association Emergency Request for Extension of Hearing Date and Clarification |
| DOT-OST-2022-0109-0718 | Airlines for America Request for Reschedule and Substitution Hearing |
| DOT-OST-2022-0109-0719 | International Air Transport Association Request for Reschedule and Substitution Hearing |
| DOT-OST-2022-0109-0720 | American Society of Travel Advisors and the Global Business Travel Association Request for Reschedule and Substitution Hearing |

| DOT-OST-2022-0109-0721 | Enhancing Transparency of Airline Ancillary Service Fees Notice Rescheduling Public Hearing and Reopening Comment Period |
|---|---|
| DOT-OST-2022-0109-0722 | Comment from Commissioned Officers Association of the USPHS |
| DOT-OST-2022-0109-0723 | Comment from Lanyce Rouse |
| DOT-OST-2022-0109-0724 | Comment from Anonymous |
| DOT-OST-2022-0109-0725 | Comment from Anonymous |
| DOT-OST-2022-0109-0726 | Comment from Mason Fisher |
| DOT-OST-2022-0109-0727 | Airlines for America - Transparency of Ancillary Fees - Amna Arshad (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0728 | Frontier Airlines - The NPRM is a Solution Searching for a Problem: Consumer Confusion, Not Consumer Protection - Barry Biffle (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0729 | Google - U.S. DOT Rulemaking: Enhancing Transparency of Airline Ancillary Service Fees - James Byers (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0730 | American Airlines - Enhancing Transparency of Airline Ancillary Service Fees - Michael J. Reilly (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0731 | Campbell-Hill Aviation Group, LLC - Public Hearing - U.S. Department of Transportation's Notice of Proposed Rulemaking on Enhancing Transparency of Airline Ancillary Service Fees - Kevin Healy (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0732 | American Airlines - Transparency of Airline Ancillary Service Fees - Neil Geurin (March 30, 2023 Presentation) |
| DOT-OST-2022-0109-0733 | Comment from Anonymous |
| DOT-OST-2022-0109-0734 | Comment from Anonymous |
| DOT-OST-2022-0109-0735 | Comment from Carl Ey |
| DOT-OST-2022-0109-0736 | Comment from Carl Ey |
| DOT-OST-2022-0109-0737 | Comment from Michael Burns |
| DOT-OST-2022-0109-0738 | Comment from Spirit Airlines, Inc. (Supplemental) |
| DOT-OST-2022-0109-0739 | Comment from Frontier Airlines, Inc. (Supplemental) |
| DOT-OST-2022-0109-0740 | Comment from International Air Transport Association |
| DOT-OST-2022-0109-0741 | Comment from The Travel Technology Association |
| DOT-OST-2022-0109-0742 | Comment from Amadeus IT Group, S.A. (Supplemental) |
| DOT-OST-2022-0109-0743 | Comment from The Travel Technology Association |
| DOT-OST-2022-0109-0744 | Comment from Google (Supplemental) |
| DOT-OST-2022-0109-0745 | Comment from Airlines for America (Supplemental) |
| DOT-OST-2022-0109-0746 | Comment from Na Na |

| DOT-OST-2022-0109-0747 | Memorandum: Link to Recording of Public Meeting, March 30, 2023 |
|---|---|
| DOT-OST-2022-0109-0748 | Comment from The Travel Technology Association |
| DOT-OST-2022-0109-0749 | Ex Parte Correspondence to Honorable Josh Gottheimer, Honorable Bonnie Watson Coleman, and Honorable Haley M. Stevens |
| DOT-OST-2022-0109-0750 | Comment from Anonymous |
| DOT-OST-2022-0109-0751 | Minutes from the March 30, 2023 Public Hearing on the Enhancing Transparency of Airline Ancillary Service Fees NPRM |
| DOT-OST-2022-0109-0752 | Enhancing Transparency of Airline Ancillary Service Fees (Unofficial Prepublication) |
| DOT-OST-2022-0109-0753 | Enhancing Transparency of Airline Ancillary Service Fees - Regulatory Impact Analysis (April 2024) |
| DOT-OST-2022-0109-0754 | Supporting Material Referenced in Footnote 3 of the Final Rule |
| DOT-OST-2022-0109-0755 | Supporting Material Referenced in Footnote 63 of the Final Rule |
| DOT-OST-2022-0109-0756 | Supporting Material Referenced in Footnote 89 of the Final Rule |
| DOT-OST-2022-0109-0757 | Samples of Consumer Complaints on Baggage Fees |
| DOT-OST-2022-0109-0758 | Enhancing Transparency of Airline Ancillary Service Fees Final Rule |
| DOT-OST-2022-0109-0759 | Report of the ACPAC Dec 31 2020 |
| DOT-OST-2022-0109-0760 | U.S. Census Bureau 2022 Economic Census Data |
| DOT-OST-2022-0109-0761 | Significant Rulemaking Report Feb 2024 |
| DOT-OST-2022-0109-0762 | Statement of Amadeus Travel June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0763 | SBA Table of Small Business Size Standards Matched to North American Industry Classification System Codes Effective October 1 2022 |
| DOT-OST-2022-0109-0764 | Report of the ACACP October 22 2012 |
| DOT-OST-2022-0109-0765 | Rep Lowey Letter to DOT Secretary Chao Dec 8 2017 |
| DOT-OST-2022-0109-0766 | BLS Release - Employer Costs for Employee Compensation June 2022 |
| DOT-OST-2022-0109-0767 | Senate Staff Report - The Unfriendly Skies Consumer Confusion Over Airline Fees Aug 6 2015 |
| DOT-OST-2022-0109-0768 | SBA Table of Small Business Size Standards Effective March 17 2023 |
| DOT-OST-2022-0109-0769 | FTC Policy Statement on Deception October 14 1983 |
| DOT-OST-2022-0109-0770 | Reginfo.gov Agenda Listing for One-Page Document on Passenger Rights - RIN 2105-AE82 |

| DOT-OST-2022-0109-0771 | DOT Guidance on Price Increases of Ancillary Services and Products Not Purchased with the Ticket Dec 28 2011 |
|---|---|
| DOT-OST-2022-0109-0772 | Transcript of ACACP Meeting June 28 2012 |
| DOT-OST-2022-0109-0773 | Final Regulatory Analysis - Consumer Rulemaking Enhancing Airline Passenger Protections II |
| DOT-OST-2022-0109-0774 | Meeting Minutes of December 8 and 9 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0775 | Meeting Minutes of April 4 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0776 | DOT Legislative Proposal on Family Seating |
| DOT-OST-2022-0109-0777 | GAO Report 17-756 Information on Airline Fees for Optional Services |
| DOT-OST-2022-0109-0778 | DOT Family Seating Dashboard |
| DOT-OST-2022-0109-0779 | Letter from 16 AGs to DOT Secretary Chao Dec 19 2017 |
| DOT-OST-2022-0109-0780 | FlightHub Consent Order - DOT-OST-2022-0001 |
| DOT-OST-2022-0109-0781 | Meeting Minutes of September 24 2020 ACPAC Meeting |
| DOT-OST-2022-0109-0782 | BTS Reservation and Change and Cancellation Fees by Airline 2021 |
| DOT-OST-2022-0109-0783 | Meeting Minutes of June 28 and 29 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0784 | BLS Occupational Employment and Wage Data May 2022 |
| DOT-OST-2022-0109-0785 | Meeting Minutes of Jan 12 2023 ACPAC Meeting |
| DOT-OST-2022-0109-0786 | GAO Report 10-785 Consumers Could Benefit from Better Information about Airline-Imposed Fees and Refundability of Government-Imposed Taxes and Fees |
| DOT-OST-2022-0109-0787 | BTS Table T1 U.S. Air Carrier Traffic and Capacity Summary By Service Class 2020 |
| DOT-OST-2022-0109-0788 | FTC Report Economic Analysis of Hotel Resort Fees Jan 2017 |
| DOT-OST-2022-0109-0789 | Future of Aviation Advisory Committee Final Report April 11 2011 |
| DOT-OST-2022-0109-0790 | Reginfo.gov Agenda Listing for Air Transportation Consumer Protection Requirements for Ticket Agents- RIN 2105-AE57 |
| DOT-OST-2022-0109-0791 | DOT Notice on Seating Young Children Adjacent to an Accompanying Adult July 8 2022 |
| DOT-OST-2022-0109-0792 | Reginfo.gov Agenda Listing for Family Seating in Air Transportation RIN 2105-AF15 |
| DOT-OST-2022-0109-0793 | DOT Air Travel Consumer Report February 2023 |
| DOT-OST-2022-0109-0794 | DOT Procedural Information Regarding Enhancing Transparency of Airline Ancillary Service Fees Notice of Proposed Rulemaking - Jan 23 2023 |
| DOT-OST-2022-0109-0795 | DOT Summary of Disability-Related Complaint Data 2022 |

| DOT-OST-2022-0109-0796 | Airlines for America Request to stay the effective date of Enhancing Transparency of Airline Ancillary Service Fees, 89 Fed. Reg. 34,620 (Apr. 30, 2024) (the Rule) |
|---|---|
| DOT-OST-2022-0109-0797 | ACPAC Report April 26 2024 |
| DOT-OST-2022-0109-0798 | Presentation of Amadeus IT Group at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0799 | Record of September 1 2015 ACACP Meeting |
| DOT-OST-2022-0109-0800 | Record of June 23 2015 ACACP Meeting |
| DOT-OST-2022-0109-0801 | Opinion of Federal Trade Commission - In the Matter of LabMD Inc |
| DOT-OST-2022-0109-0802 | Presentation of American Airlines at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0803 | Presentation of FlyersRights at June 28 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0804 | Notice of Reestablishment and First Meeting of the ACPAC Nov 23 2018 |
| DOT-OST-2022-0109-0805 | Presentation 1 of Delta Air Lines at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0806 | Press Release - Secretary Buttigieg Launches Bipartisan Partnership with State Attorneys General to Protect Airline Passengers April 16 2024 |
| DOT-OST-2022-0109-0807 | Presentation 2 of Delta Air Lines at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0808 | Presentation of American Society of Travel Advisors at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0809 | Spirit Airlines Request for Stay of Ancillary Service Rule (06-05-2024) |
| DOT-OST-2022-0109-0810 | Charter of DOT ACPAC |
| DOT-OST-2022-0109-0811 | Comments to Docket DOT-OST-2018-0190 Aviation Consumer Protection Advisory Committee |
| DOT-OST-2022-0109-0812 | Presentation 2 of Amadeus IT Group at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0813 | Presentation of Alaska Airlines at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0814 | Presentation of Amadeus at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0815 | Presentation of DOT at ACPAC Dec 8 2022 |
| DOT-OST-2022-0109-0816 | Presentation of DOT at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0817 | Presentation of DOT at Jan 2023 ACPAC Meeting |
| DOT-OST-2022-0109-0818 | Presentation of DOT at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0819 | Presentation of Expedia at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0820 | Presentation of Global Business Travel Association at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0822 | Presentation of IATA at April 2019 ACPAC Meeting |

| DOT-OST-2022-0109-0823 | Presentation of IATA-Douglas Lavin at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0824 | Presentation of National Consumers League Presentation at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0825 | Presentation of Southwest Airlines at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0827 | Presentation of Spirit Airlines Inc. at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0828 | Presentation of Spirit at April 2019 ACPAC Meeting. |
| DOT-OST-2022-0109-0829 | Presentation of Travelers United at April 2019 ACPAC Meeting |
| DOT-OST-2022-0109-0830 | Presentation of U.S. Public Interest Research Group at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0831 | Statement of Travelers United-Remarks of Charlie Leocha at June 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0832 | Presentation of DOT at Aug 2022 ACPAC Meeting |
| DOT-OST-2022-0109-0833 | DOT Response to A4A Letter Motion to Stay Ancillary Fees Rule June 10, 2024 |
| DOT-OST-2022-0109-0834 | DOT Denial of Spirit Airlines' Request to Stay the Effective Date of the Ancillary Service Fees Rule |
| DOT-OST-2022-0109-0835 | Drip Pricing and Costly Search - Evidence from the Airline Industry - Nicholas G. Rupp (December 15, 2023) |

**The following dockets, which contain materials that were considered in connection with the rulemaking process of "Enhancing Transparency of Airline Ancillary Service Fees," are available on Regulations.gov as described below.**

| Docket to Advisory Committee for Aviation Consumer Protection, Docket Number DOT-OST-2018-0190, available at https://www.regulations.gov/docket/DOT-OST-2018-0190 |
| Docket to Proposed Rule, Transparency of Airline Ancillary Fees and Other Consumer Protection Issues, 79 Fed. Reg. 29,970 (May 23, 2014), Docket Number DOT-OST-2014-0056, available at https://www.regulations.gov/docket/DOT-OST-2014-0056 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2024, I electronically filed this certified list with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

*s/ Martin Totaro*

Martin Totaro