# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 31, 2024

Mr. Shay Dvoretzky
Mr. Parker Andrew Rider-Longmaid
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
1440 New York Avenue, N.W.
Washington, DC 20005

Mr. Paul Whitfield Hughes III
Mr. Andrew Lyons-Berg
McDermott Will & Emery, L.L.P.
500 N. Capitol Street, N.W.
McDermott Building
Washington, DC 20001

Mr. Joanne W. Young
Kirstein & Young, P.L.L.C.
1750 K Street, N.W.
Suite 700
Washington, DC 20006

No. 24-60231 c/w 24-60373

Airlines for Amer v. Dept of Trans
USDC No. 89 Fed. Reg. 34,620
USDC No. 89 Fed. Reg. 34,620

Dear Counsel,

Please be advised this case has been consolidated and briefing has been suspended.

Attached is a revised case caption, which should be used on all future filings in the lead case 24-60231.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Roeshawn Johnson*
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:  Mr. Kyser Blakely
     Mr. Pete Buttigieg
     Mr. Donald Lee Crowell III
     Mr. Nicholas S. Crown
     Mr. Paul Maitland Geier
     Mr. Reginald C. Govan
     Mr. Subash S. Iyer
     Mr. David Kirstein
     Ms. Alisha Nanda
     Mr. Michael S. Raab
     Mr. David Tochen
     Mr. Martin Vincent Totaro
     Ms. Nicole Welindt

Case No. 24-60231

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

        Petitioners

v.

Department of Transportation,

        Respondent

consolidated with

─────────

No. 24-60373

─────────

Spirit Airlines, Incorporated,

        Petitioner

v.

United States Department of Transportation,

        Respondent