# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 24-60231

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

*Petitioners,*

*versus*

Department of Transportation,

*Respondent,*

_____

Petition for Review from an Order of the
Department of Transportation, National Transportation Safety Board
Agency No. 89 Fed. Reg. 34,620
_____

ORDER:

IT IS ORDERED that the unopposed motion of Chamber of Commerce of the United States of America for leave to file Amicus Curiae in support of the Petitioners' opposed motion for stay pending review is GRANTED.

No. 24-60231

_____

STUART KYLE DUNCAN
*United States Circuit Judge*