# No. 24-60231

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Airlines for America; Alaska Airlines, Incorporated; American Airlines, Incorporated; Delta Air Lines, Incorporated; Hawaiian Airlines, Incorporated; Jetblue Airways Corporation; United Airlines, Incorporated; National Air Carrier Association; International Air Transport Association,

Petitioners,

v.

Department of Transportation,

Respondent

*consolidated with*

### No. 24-60373

Spirit Airlines, Incorporated,

Petitioner,

v.

United States Department of Transportation,

Respondent.

On Petition for Review from the Department of Transportation, 89 Fed. Reg. 34,620

### RESPONDENT'S UNOPPOSED MOTION TO FILE EXTENDED BRIEF

*Of Counsel:*

SUBASH IYER
 *Acting General Counsel*
PAUL M. GEIER
 *Acting Assistant General Counsel for Litigation and Enforcement*
BLANE A. WORKIE
 *Assistant General Counsel for the Office of Aviation Consumer Protection*
PAULA LEE
 *Senior Trial Attorney*
EMILY KVESELIS
 *Trial Attorney*
U.S. Department of Transportation

BRIAN M. BOYNTON
 *Principal Deputy Assistant Attorney General*
MICHAEL S. RAAB
MARTIN TOTARO
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7525*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, DC 20530*
 *(202) 514-5048*

## CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required, as respondent is a governmental party. 5th Cir. R. 28.2.1.

The government respectfully moves for leave to expand the word limit for respondent's brief in these consolidated petitions for review. For the reasons set out below, the government requests that it be permitted to file a single response brief not to exceed 26,000 words. This motion is unopposed.

1.  Petitioners and intervenor in these consolidated petitions for review challenge a Department of Transportation rule, *Enhancing Transparency of Airline Ancillary Service Fees*, 89 Fed. Reg. 34,620 (Apr. 30, 2024). The two sets of petitioners are: (1) airline associations and some but not all of their members, *see Airlines for America v. Dep't of Transportation* (5th Cir. No. 24-60231); and (2) Spirit Airlines, Inc., *see Spirit Airlines, Inc. v. U.S. Department of Transportation* (5th Cir. No. 24-60373). Frontier Group Holdings, Inc., has intervened on behalf of Spirit.

2.  On August 9, 2024, this Court denied respondent's motion to require petitioners and intervenors to file a single brief of 13,000 words. Although petitioners and intervenors opposed the motion, all parties agreed that respondent should be permitted to file a single brief equal to the total amount of words allowed collectively to petitioners and intervenor. *See* Doc. 75, at 6 (No. 24-60231) ("DOT alternatively argues that if the Court denies its request, DOT should be permitted to file a single brief of as

many words as the combined word limit for the Airlines' opening brief and Spirit and Frontier's opening brief. The Airlines do not object to that request."); Doc. 45, at 8 (No. 24-60373) (Spirit and Frontier "do not oppose the Court . . . granting the Department's alternative request to allow submission of a single, consolidated response brief containing no more words than the combined word limit for both petitioner opening briefs, combined (26,000 words).").

3. An extension of the word limit is necessary in light of the number of issues involved. The Department should be allotted the same number of words to address those issues as has been allotted to the petitioners and intervenor.

4. Petitioners in *Airlines for America* informed respondent that they do not oppose this request. Petitioner Spirit and Intervenor Frontier stated: "As you know, the Court denied the Government's request for all petitioners to jointly file one opening and one reply brief. To the extent the motion is consistent with that decision, Spirit and Frontier in No. 24-60373 do not oppose the Government seeking leave to file a consolidated response brief of up to 26,000 words."

<table>
<tr><td>

*Of Counsel:*

SUBASH IYER
   *Acting General Counsel*

PAUL M. GEIER
   *Acting Assistant General Counsel for Litigation and Enforcement*

BLANE A. WORKIE
   *Assistant General Counsel for the Office of Aviation Consumer Protection*

PAULA LEE
   *Senior Trial Attorney*

EMILY KVESELIS
   *Trial Attorney*

   U.S. Department of Transportation

</td><td>

Respectfully submitted,

BRIAN M. BOYNTON
   *Principal Deputy Assistant Attorney General*

MICHAEL S. RAAB

 *s/ Martin Totaro*
MARTIN TOTARO
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7525*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 514-5048*
   *martin.v.totaro@usdoj.gov*

</td></tr>
</table>

August 2024

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed this motion with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

*s/ Martin Totaro*
Martin Totaro

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d) because it contains 407 words. This response also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it was prepared using Word for Microsoft 365 in Georgia 14-point font, a proportionally spaced typeface.

*s/ Martin Totaro*
Martin Totaro